UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RAYMOND WADE,

                    Plaintiff,

        -against-                                        26-cv-0577 (LTS)

CORRECTION OFFICER JOHN DOE 1, ET                        CIVIL JUDGMENT
AL.,

                    Defendants.

        For the reasons stated in the June 5, 2026, order, this action is dismissed without

prejudice.

        The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's

judgment would not be taken in good faith.

SO ORDERED.

  Dated:    June 9, 2026
            New York, New York

                                        /s/ Laura Taylor Swain
                                          LAURA TAYLOR SWAIN
                                        Chief United States District Judge